ROBERT BINDER, Respondent, *v.* SAMUEL MARCUS, Appellant.

Argued March 5, 1951; decided April 12, 1951.

*Neilson Olcott* and *Norman Roth* for appellant.

*Frank Aranow, Lawrence D. Unger* and *Sylvia Weber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.; FROESSEL, J., dissents upon the ground that paragraph sixth of the agreement between the parties specifically provides that the stock of the corporation shall be issued " upon the consummation of this agreement " and not merely upon payment of the purchase price.